**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 09-31-3-PHX-SRB |
| | ) | |
| Jimmy Jack Lopez, | ) | **DETENTION ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 1, 2009, defendant Jimmy Jack Lopez appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the  conditions of release alleged in Violation 1 and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b).  The Court does not believe the proposed third-party custodian will reasonably assure that Defendant would comply with conditions given that the more restrictive and intensive treatment environment of the half-way house did not accomplish that goal and given the stressors that Defendant is apparently facing.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 2nd day of July, 2009.

David K. Duncan
United States Magistrate Judge